Commonwealth of Massachusetts

Worcester District Court

3/20/17

Docket numbers applicable

Docket Supreme Judicial Court FAR-24911   *State*

Docket Number Worcester Housing Court 15H85SP003674   *Pending*

Previous appeal to the appeals court 2016-p-0051   *State*

Parties to the case

Matthew M. Kracher pro se

v.

VB Investments

Motion 1

This motion is hereby submitted for the defendant Matthew M. Kracher to be heard on the matter against VB Investments of false attestation, false muniment, the offering of a criminal lease, entering the case without grounds to have entered the case, for claiming muniment with something other than a signature, falsified return attestation, and for wrongfully entering the case knowingly with the intent to use their power of attorney document as an instrument of fraud and crimes against the currency.

Respectfully Submitted and appended

*[signature: Matthew M. Kracher]*

Matthew M. Kracher  pro se

*Heard 3/28/2017 9:00 AM*

Commonwealth of Massachusetts

Worcester District Court

3/20/17

Docket numbers applicable

Docket Supreme Judicial Court FAR-24911 Status

Docket Number Worcester Housing Court 15H85SP003674

Previous appeal to the appeals court 2016-p-0051


Parties to the case


Matthew M. Kracher pro se

v.

VB Investments


Pleading to her Honor Chief Justice Horan of the Worcester Housing Court


Dear Justice Horan,

  I have lived in Worcester since 2013, I signed a lease then with no intention of ever running into a housing dispute with VB Investments, nor anyone. As I have been living in Worcester I have realized that the people I had previously signed a lease with VB Investments have been corrupt. I paid every dollar they are owed in rent and use and occupancy in its entirety up and including through 4/3/2017. VB Investments was never shorted a month of rent at all, and was never paid anything less than they were owed any later than the tenth of any month. I have caused no damage to the apartment. VB Investments was given $995.00 the day the lease was signed for a security deposit. I have no active lease nor am I seeking a lease agreement moreover to sign a lease with VB Investments would in and of itself be a criminal agreement.

Knowing that it was a criminal agreement that I had originally entered at the time the third year of residency started, I wanted nothing to do with signing anything with VB Investments and before even being of the second lease they had me in your court and they were paid than what they were up to the moment what they were owed on any lease.

I have worked on this case perfecting the steps. The defendant became the appellant, and became well versed in what was and is going on in relation to the court and the process and have stayed in good standing on use and occupancy. The defendant having put 100 plus hours and a $1000.00 plus dollars into working on this case, has come up against a court that I feel is unaware of what I have submitted.

I have an appeals ruling that makes no sense to me, I have submitted all necessary documents. During my appeal, I came back to the lower court to make sure I had the paper work right. I have been to the appeals court in Boston on the case four times making sure, that the paper was right on. I didn't get any written decision from yourself honor and they kept making it the main reason as to why the plaintiffs case was upheld. I submitted that information to the court telling them your written determination was not relevant, because their literally was none.

I believe that the case I have entered and worked so hard on has unjustly been worked against by laziness of the court. The appeals court shows it in their upholding of the verdict an unwillingness of the court to pay attention to the proceeding throughout and follow what it is that you allowed of me and my case, being the appeal itself. I know I have found the evidence needed to justify my actions of never signing a lease, and that document is literally an incriminating as it can be against VB Investments making the case not only winnable and counter claimable for me the defendant, it is also prosecutable against VB Investmens.

The case doesn't include case law citation of annotated nor other case log entries, even though I have reviewed such information it falls short of needing entry. The case is written with the correct R11 citation throughout being the correct US Government citation to use. I am a citizen by direct birth, I am not a subject to the commercialization of government, nor the academic accolades of the defendants insane witchcraft testimonials, they submitted into the appeals court briefs of their own. I have written the case in very straight forward and folded in logic that works. My work on this is meaningful and with due diligence and within the interests of justice and certainly with interests to the greater good of the public and all of America.

I have submitted a 100 pages to the courts, I have not trite the situation, still to this day I am working to win, for the win is there, because the crimes against the currency law itself exists in reality and isn't there to be abused by the plaintiffs lack their of reality.

The facts of this case stand for themselves, they signed something other than a signature on the power of attorney document. VB Investments entered wrongfully without grounds to have entered into court anything on premises of 15 Bowdoin Street in Worcester Massachusetts, and it is a clear cut crime against the currency, in the Commonwealth to have done so. There is more extenuating circumstances that I have a working comprehensive knowledge surrounding the false muniment of 15 Bowdoin Street in Worcester than I ever wanted to know of and have entered relevant documents, attesting under the pains and penalties perjury and of the law with a legitimate appended signature of my name.

The defendants case in this Commonwealth Court deserves a fair shake the documents are available, and have been and will be entered. I would like to be given the justice I and my case most rightfully deserve and moreover forthwith upon completion, merit the counter claim demand for judgement and or removal to US Government Court. I do appreciate being given a chance to have filed this motion and being heard again this Friday on the matters of this case. I have fought this case alone without Gina Consolini pro se the whole way. I do have a US Government lawsuit and complaint against VB Investments and it is ready to go today, I and I alone will file the US Government case without Gina Consolini. I have fought the good fight. I deserve to still be in it if there is one at all and desire and it rightfully the case should be determined in the lower courts defendants favor.

Respectfully appended and submitted

Under the pains and penalties of perjury

Matthew M. Kracher

Pro se

| | |
|---|---|
| Part IV | CRIMES, PUNISHMENTS AND PROCEEDINGS IN CRIMINAL CASES |
| Title I | CRIMES AND PUNISHMENTS |
| Chapter 267 | FORGERY AND CRIMES AGAINST THE CURRENCY |
| Section 1 | FALSE OR FORGED RECORDS, CERTIFICATES, RETURNS, ATTESTATIONS AND OTHER WRITINGS |

Section 1. Whoever, with intent to injure or defraud, falsely makes, alters, forges or counterfeits a public record, or a certificate, return or attestation of a clerk or register of a court, public register, notary public, justice of the peace, town clerk or any other public officer, in relation to a matter wherein such certificate, return or attestation may be received as legal proof; or a charter, deed, will, testament, bond or writing obligatory, power of attorney, policy of insurance, bill of lading, bill of exchange or promissory note; or an order, acquittance or discharge for money or other property or a credit card or an instrument described as a United States Dollar Traveller's Check or Cheque, purchased from a bank or other financially responsible institution, the purpose of which is a source of ready money on cashing the instrument without identification other than the signature of the purchaser; or an acceptance of a bill of exchange, or an endorsement or assignment of a bill of exchange or promissory note for the payment of money; or an accountable receipt for money, goods or other property; or a stock certificate, or any evidence or muniment of title to property; or a certificate of title, duplicate certificate of title, certificate issued in place of a duplicate certificate, the registration book, entry book, or any indexes provided for by chapter one hundred and eighty-five, or the docket of the recorder; shall be punished by imprisonment in the state prison for not more than ten years or in jail for not more than two years.



Bk: 33056 Pg: 274   Doc: PA
Page: 1 of 1   03/16/2004 03:00 PM

# POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I, Theodor van Stephoudt, of Baeulistr. 35, CH-8049 Zurich, Switzerland, do hereby appoint my wife, Bonnie van Stephoudt, of P.O. Box 717, Marion, Massachusetts, as my true and lawful attorney to borrow Two Hundred Eighty Five Thousand ($285,000.00) Dollars from Webster Five Cents Savings Bank, 200 Commercial Street, Worcester, Massachusetts, upon such terms and conditions as my said attorney-in-fact shall in her sole and absolute discretion determine and in connection therewith, to sign, seal, execute and deliver a Note in the amount of Two Hundred Eighty Five Thousand ($285,000.00) Dollars and a Mortgage to secure said Note, and a Collateral Assignment of Leases and Rents on the property described in Worcester District Registry of Deeds Book 23107, Page 25 and located at 15 Bowdoin Street, Worcester, Massachusetts, as well as a Loan Agreement and such other instruments or documents as shall be necessary or desirable, and, in general, to act in the premises as effectively as I was personally present. I hereby ratify and confirm all that my said Attorney shall lawfully do by virtue hereof. This Power of Attorney is in effect as of the date recited below and shall remain in effect until proper notice of its termination has been executed and recorded in the Worcester District Registry of Deeds.

WITNESS my hand and seal this _14th_ day of _March_, 2004.

_M. Schärer_      _Theodor van Stephoudt_
WITNESS            Theodor van Stephoudt

Confederation of Switzerland  }
Bern, Canton of Bern           }
Embassy of the United States   } SS.
of America                     }

On this _14th_ day of _March_, 2004, before me, the undersigned, personally appeared Theodor van Stephoudt, proved to me through satisfactory evidence of identification, which is _German passport_, to be the person whose name is signed to the foregoing document, and acknowledged to me that he signed it voluntarily for its stated purposes.

_Lili Ming_
Consul General

MAIL: Ann M. Kane, Vice President
WEBSTER FIVE CENTS SAVINGS BANK
200 Commercial Street
Worcester, MA 01608

ATTEST: WORC. Anthony J. Vigliotti, Register

WORCESTER COUNTY
ABSTRACT COMPANY
ORDER NO. S1777

Commonwealth of Massachusetts

Worcester Housing Court

VB Investments

v.

Matthew M. Kracher

3/20/17

Docket Number Worcester Housing Court 15H85SP003674

Notice Certificate of Service

      To be immediately delivered today in hand this certificate of service to hereby, deliver as well the following documents at the address of 659 Front Street Marion Massachusetts; the civil cover sheet of a US Government complaint and lawsuit under consideration; evidence of false muniment; motion to the court; pleading to the court; true copy of law pertaining to crimes against the currency.

      These documents pertain with the true relevance to Rule 13 civil rule procedure of a potential counter claim and US Government Lawsuit and complaint. All copies of these documents are have also been submitted into the Worcester Housing court with relevance to the case docket number 15H85SP003674 and have been appended under the pains and penalties of perjury

Respectfully Submitted,

*[signature: Matthew M. Kracher]*

Matthew M. Kracher

Defendant pro se