UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


VB Investments,
    Plaintiff(s)

                                      CIVIL ACTION
    V.                              NO. 17-40036-TSH

Matthew Kracher,
    Defendant(s)


**HILLMAN, D.J.**

**ORDER FOR REMAND**

    In accordance with the Court's Order issued on 4/3/17 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Housing Court for further proceedings.

                                               By the Court,

DATED: April 3, 2017

                                               /s/ Martin Castles
                                               Deputy Clerk